DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300

ATTORNEYS FOR Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| OSS Nokalva, Inc. | : | HONORABLE MARY L. COOPER |
| Plaintiff, | : | |
| v. | : | Civil Action No. 08-03169 (MLC)(TJB) |
| European Space Agency, | : | |
| Defendant. | : | **NOTICE OF MOTION TO DISMISS PURSUANT TO THE INTERNATIONAL ORGANIZATIONS IMMUNITIES ACT** |
| | : | [DOCUMENT ELECTRONICALLY FILED] |

TO:  Ronald L. Israel, Esq.
     Wolf & Samson, P.C.
     The Offices at Crystal Lake
     One Boland Drive
     West Orange, New Jersey 07052
     Attorney for Plaintiff OSS Nokalva, Inc.

83140297A01020509

SIR:

**PLEASE TAKE NOTICE** that on March 2, 2009, at 9:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, the undersigned, attorneys for defendant European Space Agency will move before the Honorable Mary L. Cooper, U.S. District Court, District of New Jersey, Trenton, New Jersey for an Order dismissing plaintiff's Complaint pursuant to F.R.C.P. 12(b)(1) and 12(b)(6); and

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, defendant European Space Agency shall rely upon the papers previously submitted and electronically filed by defendant European Space Agency, including:

(1) The Affidavit of Karlheinz Kreuzberg in Support of Motion to Dismiss, dated July 3, 2008, and electronically filed on July 3, 2008;

(2) Defendant European Space Agency's Brief in Support of its Motion to Dismiss Pursuant to the International Organizations Immunities Act, dated July 3, 2008, and electronically filed on July 3, 2008;

(3) The proposed Order Dismissing Plaintiff's Complaint Pursuant to the International Organizations Immunities Act, electronically filed on July 3, 2008;

**PLEASE TAKE FURTHER NOTICE** that defendant European Space Agency hereby requests oral argument; and

**PLEASE TAKE FURTHER NOTICE** that at the time and place aforesaid, defendant European Space Agency will request that the proposed form of Order previously submitted be entered by the Court.

DAY PITNEY LLP
Attorneys for Defendant

By: _____
ELLIOT D. OSTROVE
A Member of the Firm

DATED: February 5, 2009

3

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the within Notice of Motion was served on the Plaintiff by sending the same, through the Court's Electronic Case Filing system, to the Plaintiff's counsel of record:

    Ronald L. Israel, Esq.
    Wolf & Samson, P.C.
    The Offices at Crystal Lake
    One Boland Drive
    West Orange, New Jersey 07052
    Attorney for Plaintiff OSS Nokalva, Inc.

                                          */s/ Jonathan E. Gates*
                                          JONATHAN E. GATES

DATED: February 5, 2009