# WOLFF · SAMSON

DAVID SAMSON
ARTHUR S. GOLDSTEIN*
ARMEN SHAHINIAN*
THOMAS R. O'BRIEN*
GAGE ANDRETTA*
DANIEL A. SCHWARTZ*
KAREN L. GILMAN
KENNETH N. LAPTOOK*
FREDRIC P. LAVINTHAL
DAVID M. HYMAN*
DAVID L. SCHLOSSBERG
ROGER J. BREENE
DAVID N. RAVIN*
BERNARD S. DAVIS
HOWARD J. SCHWARTZ*
PAUL M. COLWELL
ROBERT E. NIES
MORRIS BIENENFELD*
DENNIS M. TOFT
GEORGE A. SPADORO*
JEFFREY M. GUSSOF*
JOHN F. CASEY
JAMES D. FERRUCCI
JOHN A. McKINNEY JR
STEPHEN L. FERSZT*

LAURENCE M SMITH
WILLIAM E GOYDAN*
DARRYL WEISSMAN*
PETER E. NUSSBAUM
MICHELLE A. SCHAAP
ADAM K OERMAN
JEFFREY M. WEINICK*
ADAM P FRIEDMAN*
MITCHELL S. BERKEY*
CATHERINE P. WELLS
JONATHAN BONDY*
SEAN M. AYLWARD
ROBERT H. CRESPI*
JUNE HAHN
JOSEPH TRIPODI*
JILL D ROSENBERG*
JOHN Q LUKASKI*
ROXANNA E. HAMMETT
BARBARA S. MANAHAN
RONALD L. ISRAEL*
RHONDA CARHIOL*
MARGARET WOOD*
DORIT I. KRESSEL*
THOMAS J TRAUTNER JR.

COUNSEL
AARON D. BASSAN
JOSEPH ZAWILA
HOWARD K. UNIMAN
STEVEN S. KATZ*
JUNE S. MELLER*
ANDREW S. KENT*
ERIC J. LEVINE*
JOSEPH MONAGHAN
STEPHEN G CORDARO*
WARREN BARROWS*
LAURIE J. SANDS*
DONNA M ERFM
LEE D. HENIG-ELONA*
JOHN F. MALONEY*
MARC R. LEPELSTAT*
TRICIA M. GASPARINE
BRUCE D. ETTMAN*
TODD W TERHUNE
NICOLE F. DIMARIA
RUSSEL D. FRANCISCO*

OF COUNSEL
CARL B. LEVY
ANDREW D. ELLIS
STEPHEN A KISKER*
LAUREN M O'SULLIVAN

ASSOCIATES
JOSEPH A. DICKSON
CARLOS G. MANALANSAN*
JONATHAN A. TYLER*
MYRNA BLUNE
BRIAN E. HENNESSEY*
DANIEL D. BARNES*
WILLIAM R. FINIZIO
DIANA L. BUONGIORNO
JOSHUA M. LEE
SHANNON L. KEIM
MARK A. FORANO*
DENISE J. PIPERSBURGH*
DANIEL T. McKILLOP
FARAH N HOMSI*
DAVID M. DUGAN*
ELISA M. PAGANO
KIRAN V. SOMASHEKARA*
RACHEL C. SANTARLAS*
XAVIER M BALLIARD*
KEYANA C LAWS*
STEVEN M. DiPASQUO*
MELISSA A. SALIMBENE*
NICOLE K. MARTIN
ERIC YUN*

NANCY A. DEL PIZZO*
DARREN GRZYB
BETH J. ROTENBERG*
BRIAN KANTAR*
KEVIN J. BEACH*
ELIZABETH C. YOO*
PETER O. SIMON*
JOSHUA M. LEVY*
PATRICIA D. CLEARY*
GRAHAM H. CLAYBROOK*
MAULIK M. SANGHAVI*
WILLIAM J CANNICI JR *
LAUREN A DEMAURO
CRISTINA MARTINEZ*
PATRICK B. O'REILLY
LINDSAY A. SMITH
JOSEPH G. FENSKE*
MICHAEL D. FLEISCHMAN
MICHAEL G. GORDON*
BRIELLE M. PERELLI

PATENT AGENT
BRYMER H. CHIN
KINZA HECHT

RONALD L. ISRAEL
One Boland Drive
West Orange, NJ 07052
(973) 530-2045
Fax: (973) 530-2245
risrael@wolffsamson.com

* MEMBER NJ AND NY BARS
* MEMBER NY BAR ONLY
* REGISTERED PATENT ATTORNEY
MEMBER NJ BAR ONLY UNLESS OTHERWISE DENOTED

October 6, 2010

**Via Facsimile (609-989-0435) & Regular Mail**

The Hon. Tonianne J. Bongiovanni, U.S.M.J.
Fisher Federal Building. & U.S. Courthouse
Room 6052
402 E. State St.
Trenton, NJ 08608

RECEIVED
OCT - 7 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

  Re: OSS Nokalva, Inc. v. European Space Agency (Docket No. 3:08-cv-03169 (MLC) (TJB))

Dear Judge Bongiovanni:

  We write in regards to Mr. Ostrove's letter dated September 29. As that letter indicated, the parties are currently engaging in settlement discussions, having already exchanged formal written settlement drafts. It is our understanding that OSS Nokalva will receive the European Space Agency's response to its latest settlement demand on or about either Friday, October 8 or Monday, October 11.

  With the hope that the parties settle, we respectfully request, with ESA's consent, that Your Honor adjourn ESA's pending motion to compel arbitration for two cycles, from November 1, 2010 to December 6, 2010.

*The Motion to Compel is Dismissed without prejudice and will be deemed refiled at the request of the parties.*

Respectfully submitted,

Ronald L. Israel

RLI:ghc

c: Eliot Ostrove, Esq. (via email only)

So Ordered this __7__ day of __October__, 20__10__

/s/ TJB

**ORDER ON ORAL MOTION**

WOLFF & SAMSON PC
One Boland Drive, West Orange, NJ 07052 · (973) 325-1500 · Fax: (973) 325-1501
140 Broadway, 46th Floor, New York, NY 10005 · (212) 973-0572
128 West State Street, Trenton, NJ 08628 · (609) 396-6645
www.wolffsamson.com

1259513.1